# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 14, 2023

Scott R. Alexander
Taft Stettinius & Hollister LLP (Indianapolis)
1 INDIANA SQ STE 3500
INDIANAPOLIS, IN 46204

Stephen D. Busey
Smith Hulsey & Busey
1 INDEPENDENT DR STE 3300
PO BOX 53315
JACKSONVILLE, FL 32202

Richard W. Gardner
Taft Stettinius & Hollister LLP (Indianapolis)
1 INDIANA SQ STE 3500
INDIANAPOLIS, IN 46204

Steven Geoffrey Gieseler
Bartlett Loeb Hinds & Thompson, PLLC
789 S FEDERAL HWY STE 301
STUART, FL 34994

George F. Gramling III
Gramling Environmental Law
118 S NEWPORT AVE
TAMPA, FL 33606

Ethan J. Loeb
Bartlett Loeb Hinds & Thompson, PLLC
100 N TAMPA ST STE 2050
TAMPA, FL 33602

Anne O'Connor McCready
Taft Stettinius & Hollister LLP (Indianapolis)
1 INDIANA SQ STE 3500
INDIANAPOLIS, IN 46204

Tim Elsworth Sleeth
Smith Hulsey & Busey
1 INDEPENDENT DR STE 3300
PO BOX 53315
JACKSONVILLE, FL 32202

John R. Thomas
Smith Hulsey & Busey
1 INDEPENDENT DR STE 3300
PO BOX 53315
JACKSONVILLE, FL 32202

Allan E. Wulbern
Smith Hulsey & Busey
1 INDEPENDENT DR STE 3300
PO BOX 53315
JACKSONVILLE, FL 32202

Appeal Number:  22-12419-V
Case Style:  City of Jacksonville v. Continental Holdings, Inc., et al
District Court Docket No:  3:12-cv-00850-HES-MCR

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Dear Counsel,

Please be prepared to address the following at oral argument:

Rule 41(a)(1)(A)(ii) provides that a stipulation of dismissal must be "signed by all parties who have appeared." Please be prepared to address at oral argument whether there is a final judgment in light of the apparent failure of counsel for all parties to sign certain stipulations of dismissal. *See* Doc. 179; Doc. 317; Doc. 379. *Compare Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415 n.3 (5th Cir. 2018) ("only the dismissed defendant need sign the stipulation") *with Hardnett v. Equifax Info. Servs., LLC*, No. 21-13195, 2023 WL 2056285, at *2 (11th Cir. Feb. 17, 2023)(unpublished)(dismissing for lack of jurisdiction because stipulations were not signed by all parties); *Anderson-Tully Co. v. Federal Ins. Co*, 347 F. App'x 171, 175–76 (6th Cir. 2009) (unpublished) ("If, for whatever reason, the plaintiff cannot obtain the signatures of all those who have appeared in the action as parties, that plaintiff needs only to move for and obtain a court order formally dismissing the case, as is provided for in Rule 41(a)(2).")

LetterHead Only